**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Samuel Singletary** | Case No. |
| **Rhonda Kay Singletary** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by ☒ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$54,000.00**_____.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **13%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is _____**$600.00**_____.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: **Samuel Singletary** | | Case No. |
| **Rhonda Kay Singletary** | | |
| Debtor(s) | | Chapter 13 Proceeding |

☐ *AMENDED*    ☐ *MODIFIED*
### DEBTOR(S)' CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

---

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| **Creditor/Collateral** | **Pre-Confirmation Payment Amount** | **Other Treatment Remarks** |
|---|---|---|
| | | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| **Creditor Name** | **Description of Contract** | **Election** | **In Default** |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| **Creditor Name** | **Description of Contract** | **Election** | **In Default** |
|---|---|---|---|
| Happy Casa | Co signer on son's residential lease | Rejected | No |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| **Creditor / Collateral** | **Estimated Claim** | **Value of Collateral** | **Monthly Payment or Method of Disbursement** | **Interest Rate** | **Anticipated Total to Pay** | **Other Treatment/Remarks** |
|---|---|---|---|---|---|---|
| | | | | | | |

Form 11/7/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: **Samuel Singletary**                          Case No.

        **Rhonda Kay Singletary**

           Debtor(s)                                 Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN

## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____        _____

Debtor                                                                  Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| El Paso Tax Assessor-Collector<br>4252 John B Oblinger Dr | Thru 2014 Taxes Direct Pay | $5,788.13 | |
| Usaa Fsb<br>4252 John B Oblinger Dr | Direct Pay by debtor- 2nd mort | $26,948.00 | $406.00 |
| Usaa Fsb<br>4252 John B Oblinger Dr | Direct Pay by debtors | $106,286.00 | $1,824.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Samuel Singletary**  Case No.
**Rhonda Kay Singletary**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Watson Law Firm, P.C. | $3,200.00 | Along With | |
| Western District of Texas Bankr Court | $155.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $15,000.00 | Along With | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Credit First/CFNA Tires | $1,017.00 | $0.00 | Pro-Rata | 5.25% | $1,056.08 | Pay claim amount |
| TMX Finance of Texas, Inc 2008 Toyota Tundra | $1,191.06 | $15,000.00 | Pro-Rata | 5.25% | $1,236.81 | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE: **Samuel Singletary**        Case No.
       **Rhonda Kay Singletary**
             Debtor(s)        Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

| | | | | | |
|---|---|---|---|---|---|
| TMX Finance of Texas, Inc<br>2005 BMW X3 | $1,166.06 | $8,500.00 | Pro-Rata | 5.25% | $1,210.84 |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately __**13%**__ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---:|---|
| Ally Financial | $10,429.00 | |
| American Express | $15,829.00 | |
| American Express | $15,829.00 | |
| American Express | $9,432.00 | |
| American Express | $9,432.00 | |
| American Express | $736.00 | |
| Amex Dsnb | $0.00 | |
| Cap1/rmstr | $0.00 | |
| Capital One Na | $0.00 | |
| Chase | $11,155.00 | |
| Chase | $9,647.00 | |
| Citibank Usa | $0.00 | |
| Comenity Bank/Eddie Bauer | $0.00 | |
| Comenity Bank/Lane Bryant | $0.00 | |
| Comenity Bank/Lane Bryant | $0.00 | |
| Dept Of Education/neln | $5,739.00 | |
| Discover Fin Svcs Llc | $15,288.00 | |
| Dsnb Macys | $2,656.00 | |
| GECRB/ Dillards | $2,614.00 | |
| GECRB/ Old Navy | ($1.00) | |
| GECRB/Cost Plus World M | $0.00 | |
| GECRB/JC Penny | $4,356.00 | |
| GECRB/Lowes | $6,269.00 | |
| GECRB/Lowes | $2,126.00 | |
| GECRB/Old Navy | $638.00 | |
| GECRB/Sams Club | $786.00 | |
| GECRB/Sams Club | $0.00 | |
| Military Star | $5,996.00 | |
| Mortgage Service Cente | ($1.00) | |
| Nco Fin /99 | $0.00 | |
| Pentagon Federal Cr Un | $0.00 | |
| Prefcustjewl | $0.00 | |
| Providian/Chase | $0.00 | |
| Regional Finance Company | $902.00 | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Samuel Singletary**  Case No.
**Rhonda Kay Singletary**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| | |
|---|---:|
| Sears/cbna | $2,732.00 |
| Syncb/m Wards | $0.00 |
| Usaa Savings Bank | $25,060.00 |
| Usaa Savings Bank | $19,868.00 |
| Usaa Savings Bank | $19,798.00 |
| Wf Fin Bank | $3,906.00 |

**Totals:**

| | |
|---|---:|
| Administrative Claims | **$3,355.00** |
| Priority Claims | **$15,000.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$3,374.12** |
| Unsecured Claims | **$201,221.00** |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Agreed Orders**

Agreed Orders shall control in any conflict between Plan provisions and the provisions in the Agreed Orders.

**Disposable Earnings**

Pursuant to 11 U.S.C. § 1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan. The Debtor(s) agree to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing payout to unsecured creditors

**Authorization to send monthly bills**

Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, who receive monies as direct payments from Debtor(s) as a result of Debtor(s) election to pay such monies outside of the plan to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Samuel Singletary**  Case No.
**Rhonda Kay Singletary**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**
*Continuation Sheet # 6*

**Certain Pre-Confirmation Disbursements**

If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors. The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors on a pro-rata basis.

**Misfiled and Unfiled Creditors Paid Accordingly**

If any secured proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless, it is objected to. Said claims shall be paid under the plan at 5.5% interest. Likewise, if any priority proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

**Pay order**

Pay order shall be from Debtors military retirement only

Respectfully submitted this date:  __9/11/2014_____.

/s/ W. Matt Watson
W. Matt Watson
1123 E. Rio Grande
El Paso, Texas 79902
Phone: (915) 562-4357 / Fax: (866) 201-0967
(Attorney for Debtor)

/s/ Samuel Singletary                          /s/ Rhonda Kay Singletary
Samuel Singletary                              Rhonda Kay Singletary
4252 John B Oblinger Dr                        4252 John B Oblinger Dr
El Paso, TX 79934                              El Paso, TX 79934
(Debtor)                                       (Joint Debtor)

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Samuel Singletary** CASE NO
**Rhonda Kay Singletary**
*Debtor(s)* CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $1,750.00 | 21 | $750.00 | 41 | $750.00 |
| 2 | $1,750.00 | 22 | $750.00 | 42 | $750.00 |
| 3 | $1,750.00 | 23 | $750.00 | 43 | $750.00 |
| 4 | $1,750.00 | 24 | $750.00 | 44 | $750.00 |
| 5 | $1,750.00 | 25 | $750.00 | 45 | $750.00 |
| 6 | $1,750.00 | 26 | $750.00 | 46 | $750.00 |
| 7 | $1,750.00 | 27 | $750.00 | 47 | $750.00 |
| 8 | $1,750.00 | 28 | $750.00 | 48 | $750.00 |
| 9 | $1,750.00 | 29 | $750.00 | 49 | $750.00 |
| 10 | $750.00 | 30 | $750.00 | 50 | $750.00 |
| 11 | $750.00 | 31 | $750.00 | 51 | $750.00 |
| 12 | $750.00 | 32 | $750.00 | 52 | $750.00 |
| 13 | $750.00 | 33 | $750.00 | 53 | $750.00 |
| 14 | $750.00 | 34 | $750.00 | 54 | $750.00 |
| 15 | $750.00 | 35 | $750.00 | 55 | $750.00 |
| 16 | $750.00 | 36 | $750.00 | 56 | $750.00 |
| 17 | $750.00 | 37 | $750.00 | 57 | $750.00 |
| 18 | $750.00 | 38 | $750.00 | 58 | $750.00 |
| 19 | $750.00 | 39 | $750.00 | 59 | $750.00 |
| 20 | $750.00 | 40 | $750.00 | 60 | $750.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Samuel Singletary**                                                              CASE NO.
                            *Debtor*

           **Rhonda Kay Singletary**                                                 CHAPTER   **13**
                            *Joint Debtor*

## CERTIFICATE OF SERVICE

---

I, the undersigned, hereby certify that on September 12, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ W. Matt Watson**
W. Matt Watson
Bar ID:24028878
Watson Law Firm, P.C.
1123 E. Rio Grande
El Paso, Texas 79902
(915) 562-4357

---

Ally Financial
xxxxxxxx2822
Attn: Bankruptcy
PO Box 130424
Roseville, MN 55113

American Express
xxxxxxxxxxx3493
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Capital One Na
xxxxxxxxxxx7238
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

American Express
xxxxxxxxxxx5123
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
xxxxxxxxxxx5703
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Chase
xxxxxxxxxxx6975
P.o. Box 15298
Wilmington, DE 19850

American Express
xxxxxxxxxxx1463
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Amex Dsnb
xxxxxxxxxxx8665
9111 Duke Blvd
Mason, OH 45040

Chase
xxxxxxxxxxx3813
P.o. Box 15298
Wilmington, DE 19850

American Express
xxxxxxxxxxx3353
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Cap1/rmstr
xxxxxxxxxxx2797
Po Box 15524
Wilmington, DE 19850

Citibank Usa
xxxxxxxxxxx7429
Citicorp Credit Services/Attn:Centralize
PO Box 20507
Kansas City, MO 64195

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Samuel Singletary**　　　　　　　　　　　　　　　　　CASE NO.
　　　　　　　　　　　　*Debtor*

　　　　**Rhonda Kay Singletary**　　　　　　　　　　　　　　CHAPTER  **13**
　　　　　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Comenity Bank/Eddie Bauer
xxxxxxxxxxxx3669
Attn: Bankruptcy
PO Box 18286
Columbus, OH 43218

Dsnb Macys
xxxxxxxxx5020
9111 Duke Blvd
Mason, OH 45040

GECRB/Lowes
xxxxxxxxxxxx7769
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076

Comenity Bank/Lane Bryant
xxxxx xxxx9822
Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

El Paso Tax Assessor-Collector
221 North Kansas Suite 300
El Paso, Texas 79901

GECRB/Lowes
xxxxxxxxxxxx3034
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076

Comenity Bank/Lane Bryant
xxxxxxxxxxxx6670
Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

GECRB/ Dillards
xxxxxxxxxxxx6140
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

GECRB/Old Navy
xxxxxxxxxxxx5074
Attn: Bankruptcy
PO Box 130104
Roswell, GA 30076

Credit First/CFNA
xxxxx6179
BK13 Credit Operations
PO Box 818011
Cleveland, OH 44181

GECRB/ Old Navy
xxxxxxxxxxxx6589
Attention: GEMB
PO Box 103104
Roswell, GA 30076

GECRB/Sams Club
xxxxxxxxxxxx2117
GECRB/Sams Club
PO Box 103104
Roswell, GA 30076

Dept Of Education/neln
xxxxxxxxxxxx3525
121 S 13th St
Lincoln, NE 68508

GECRB/Cost Plus World M
xxxxxxxxxxxx9480
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

GECRB/Sams Club
xxxxxxxxxxxx0929
GECRB/Sams Club
PO Box 103104
Roswell, GA 30076

Discover Fin Svcs Llc
xxxxxxxxxxxx8677
Po Box 15316
Wilmington, DE 19850

GECRB/JC Penny
xxxxxxxxxxxx0728
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE: **Samuel Singletary**      CASE NO.
*Debtor*

**Rhonda Kay Singletary**      CHAPTER **13**
*Joint Debtor*

### CERTIFICATE OF SERVICE
(Continuation Sheet #2)

| | | |
|---|---|---|
| Military Star<br>xxxxxxxxxxxx2914<br>3911 Walton Walker<br>Dallas, TX 75266 | Regional Finance Company<br>xxxxxxx4901<br>9861 Dyer Street Suite 4<br>El Paso, TX 79924 | Usaa Fsb<br>xxxx4940<br>10750 McDermott Fwy<br>San Antonio, TX 78288 |
| Mortgage Service Cente<br>xxxxxxxxx0741<br>Attn: Bankruptcy Dept<br>PO Box 5452<br>Mt Laurel, NJ 08054 | Samuel Singletary<br>4252 John B Oblinger Dr<br>El Paso, TX 79934 | Usaa Fsb<br>10750 McDermott Fwy<br>San Antonio, TX 78288 |
| Nco Fin /99<br>xxxxx7884<br>Pob 15636<br>Wilmington, DE 19850 | Sears/cbna<br>xxxxxxxxxxxx1759<br>Po Box 6497<br>Sioux Falls, SD 57117 | Usaa Savings Bank<br>xxxxxxxxxxxx0312<br>Po Box 47504<br>San Antonio, TX 78265 |
| Pentagon Federal Cr Un<br>xxxxxxx2706<br>PO Box 1400<br>Alexandria, VA 22313 | STUART C. COX<br>Standing Chapter 13 Trustee,<br>1760 North Lee Trevino Dr.<br>El Paso, TX 79936 | Usaa Savings Bank<br>xxxxxxxxxxxx7490<br>Po Box 47504<br>San Antonio, TX 78265 |
| Prefcustjewl<br>xxxxxxxxxxxx4102<br>Cscl Dispute Team<br>Des Moines, IA 50306 | Syncb/m Wards<br>xxxxxxxx3362<br>Po Box 965005<br>Orlando, FL 32896 | Usaa Savings Bank<br>xxxxxxxxxxxx5127<br>Po Box 47504<br>San Antonio, TX 78265 |
| Providian/Chase<br>xxxxxxxxxxxx5101<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | TMX Finance of Texas, Inc<br>7000 Gateway East Blvd<br>El Paso, TX 79915 | Western District of Texas Bankr Court<br>511 E. San Antonio Ave., 4th Floor<br>El Paso, TX 79901 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Samuel Singletary**　　　　　　　　　　　　　CASE NO.
　　　　　　　　　　*Debtor*

　　**Rhonda Kay Singletary**　　　　　　　　　　　CHAPTER　**13**
　　　　　　　　　　*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #3)

Wf Fin Bank
xxxxxxxxxxxx1217
Attention: Bankruptcy
PO Box 10438
Des Moines, IA 50306